OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308 CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401623 SEP 10 2015

**9/1/2015**
**DAIL, BENJAMIN COBB    Tr. Ct. No. W219-82850-06-HC         WR-83,803-01**
On this day, the application for 11.07 Writ of Habeas Corpus has been received and presented to the Court.

Abel Acosta, Clerk

BENJAMIN COBB DAIL
TELFORD UNIT - TDC # 1426850
3899 STATE HWY 98
NEW BOSTON, TX  75570

